UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Laura A. Jennings, )
)
Plaintiff, )
)
vs. ) Cause No. To Be Assigned.
City Of Indianapolis )
(Fire & EMS Dept )
, )
)
Defendant. ) 1:10-cv-1528 RLY-DML

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant City Of Indianapolis (Fire & EMS Dept) for discrimination as set forth below.

Plaintiff __X__ DOES ____ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name, Address, and Phone Number:

Laura A. Jennings
Post Office Box 18624
Indianapolis, Indiana 46218
317-283-1419

Defendant's Name and Address:

City of Indianapolis
(Fire & EMS Dept.
200 E. Washington St. RM1541CCB
Indianapolis, Indiana 46204
317-327-4316

### II. JURISDICTION

1. This complaint is brought pursuant to:

   __X__ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

   __X__ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

__X__ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

__X__ Other (list): __Retaliation__

2. Plaintiff __X__ DID _____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about __September 17, 2010__ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

The City of Indianapolis (Fire & EMS) refused and failed to allow me the right to file a complaint and have that complaint investigated and resolved per City Complaint Process due to my Race, Sex, Age, Color and Retaliation. I was then fired on or about May 2009, by City of Indianapolis and no reason was given. The City of Indianapolis retaliated on 11-05-2009 by submitting my unresolved, uninvestigated, federally protected, complaint documents to Indiana Workforce Development. This violated Title VII of the Civil Rights Act of 1964, Privacy Act, Age Discrimination in Employment Act, Equal rights under law and Retaliation/Reprisal Act.

## IV. FACTS IN SUPPORT OF COMPLAINT

1. Copy of Complaint packet (consisting of 17 pages) sent to Ms. T. Ellis, Human Resources City of Indianapolis. 2. Copy of packet (consisting of 20 pages) from City of Indianapolis Human Resources "... documents the City-County of Indianapolis intends to introduce as evidence..." to Indiana Workforce Development -Case Number 09-27017. 3. Copy of Letter sent to Dolly A. Sanders Federal Investigator, U. S. Equal Opportunity Commission dated August 30, 2010. Copy of Letter requesting a complete copy of the Investigative File from Dolly A. Sanders Federal Investigator, U. S. Equal Opportunity Commission dated November 24, 2010.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:
Compensatory damages in the amount of $150,000.00. Punitive damages in the amount of $200,000.00. Injunctive relief in the form of an Order to remove any and all unsatisfactory information placed in my personnel file.

I certify that a copy of this Employment Discrimination Complaint has been sent to City of Indianapolis Fire & EMS Dept.), 200 E. Washington Street, R

## VI. SIGNATURE

Signed this 29 day of December, 20 10

(Signature of Plaintiff)